## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## WHITE PLAINS DIVISION

In re: A-VAL ARCHITECTURAL METAL III LLC    § Case No. 15-22654-RDD
§
§
Debtor(s)    §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   MARK S. TULIS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

   Assets Abandoned: $0.00    Assets Exempt: N/A
   *(without deducting any secured claims)*

   Total Distribution to Claimants: $1,374,030.32    Claims Discharged
   Without Payment: N/A

   Total Expenses of Administration: $266,423.01

   3) Total gross receipts of $ 1,640,453.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,640,453.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $8,587,831.18 | $1,242,287.07 | $1,242,287.07 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 266,423.01 | 266,423.01 | 266,423.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 527,386.24 | 410,292.01 | 131,743.25 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 10,970,914.44 | 8,014,374.06 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $20,352,554.87 | $9,933,376.15 | $1,640,453.33 |

4)  This case was originally filed under Chapter 7 on May 07, 2015. The case was pending for 40 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/30/2018          By: /s/MARK S. TULIS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Petty cash and checks on hand | 1129-000 | 30,861.55 |
| Accounts receivable (book value) | 1121-000 | 1,462,424.62 |
| Refund of insurance policies | 1290-000 | 108,502.34 |
| A-Val Architectural Metal Corp. checks on hand | 1129-000 | 38,664.82 |
| **TOTAL GROSS RECEIPTS** | | **$1,640,453.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15S | New York State Department of Taxation & Finance | 4300-070 | N/A | 109,676.34 | 0.00 | 0.00 |
| 15S-2 | New York State Department of Taxation & Finance | 4300-000 | N/A | 109,676.34 | 0.00 | 0.00 |
| 15S-3 | New York State Department of Taxation & Finance | 4300-000 | N/A | 109,676.34 | 0.00 | 0.00 |
| 32 | U.S. Specialty Insurance Company | 4210-000 | N/A | 1,750,000.00 | 0.00 | 0.00 |
| 32-2 | U.S. Specialty Insurance Company | 4210-000 | N/A | 1,246,303.75 | 0.00 | 0.00 |
| 32-3 | U.S. Specialty Insurance Company | 4210-000 | N/A | 780,498.41 | 1,242,287.07 | 1,242,287.07 |
| 33 | Estate of Vladimir Blaskovic | 4110-000 | N/A | 1,366,000.00 | 0.00 | 0.00 |
| 72 | U.S. Specialty Insurance Company | 4210-000 | N/A | 1,750,000.00 | 0.00 | 0.00 |
| 74 | Estate of Vladimir Blaskovic | 4110-000 | N/A | 1,366,000.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $0.00 | $8,587,831.18 | $1,242,287.07 | $1,242,287.07 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - MARK S. TULIS, P.C. | 2100-000 | N/A | 72,463.60 | 72,463.60 | 72,463.60 |
| Trustee Expenses - MARK S. TULIS, P.C. | 2200-000 | N/A | 991.04 | 991.04 | 991.04 |
| Other - Lamonica Herbst & Maniscalco LLP | 3210-000 | N/A | 89,645.50 | 89,645.50 | 89,645.50 |
| Other - Lamonica Herbst & Maniscalco LLP | 3220-000 | N/A | 11,253.72 | 11,253.72 | 11,253.72 |
| Other - CohnReznick LLP | 3410-000 | N/A | 29,500.00 | 29,500.00 | 29,500.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.83 | 11.83 | 11.83 |
| Other - MARK S. TULIS, TRUSTEE | 2300-000 | N/A | 15.78 | 15.78 | 15.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 52.15 | 52.15 | 52.15 |
| Other - Globe Storage & Moving Co., Inc. | 2410-000 | N/A | 2,730.00 | 2,730.00 | 2,730.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 194.39 | 194.39 | 194.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 178.77 | 178.77 | 178.77 |
| Other - Globe Storage & Moving Co., Inc. | 2410-000 | N/A | 248.24 | 248.24 | 248.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 196.77 | 196.77 | 196.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 184.03 | 184.03 | 184.03 |
| Other - Globe Storage & Moving Co., Inc. | 2410-000 | N/A | 2,730.00 | 2,730.00 | 2,730.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 179.06 | 179.06 | 179.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 200.23 | 200.23 | 200.23 |
| Other - Globe Storage & Moving Co., Inc. | 2410-000 | N/A | 429.24 | 429.24 | 429.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 175.20 | 175.20 | 175.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 176.70 | 176.70 | 176.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 281.49 | 281.49 | 281.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 328.31 | 328.31 | 328.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 364.14 | 364.14 | 364.14 |
| Other - MARK S. TULIS, TRUSTEE | 2300-000 | N/A | 212.56 | 212.56 | 212.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 678.04 | 678.04 | 678.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 741.22 | 741.22 | 741.22 |
| Other - Globe Storage & Moving Co., Inc. | 2410-000 | N/A | 2,730.00 | 2,730.00 | 2,730.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 838.75 | 838.75 | 838.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 676.61 | 676.61 | 676.61 |
| Other - Globe Storage & Moving Co., Inc. | 2410-000 | N/A | 2,972.29 | 2,972.29 | 2,972.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 739.82 | 739.82 | 739.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 811.22 | 811.22 | 811.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 664.14 | 664.14 | 664.14 |
| Other - Globe Storage & Moving Co., Inc. | 2410-000 | N/A | 2,972.29 | 2,972.29 | 2,972.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 741.01 | 741.01 | 741.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,301.60 | 1,301.60 | 1,301.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,898.05 | 1,898.05 | 1,898.05 |
| Other - Globe Storage & Moving Co., Inc. | 2410-000 | N/A | 2,972.29 | 2,972.29 | 2,972.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,493.67 | 1,493.67 | 1,493.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 982.44 | 982.44 | 982.44 |
| Other - MARK S. TULIS, TRUSTEE | 2300-000 | N/A | 250.37 | 250.37 | 250.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 891.31 | 891.31 | 891.31 |
| Other - Globe Storage & Moving Co., Inc. | 2410-000 | N/A | 2,972.29 | 2,972.29 | 2,972.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 852.69 | 852.69 | 852.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 854.01 | 854.01 | 854.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 749.24 | 749.24 | 749.24 |
| Other - Globe Storage & Moving Co., Inc. | 2410-000 | N/A | 2,972.29 | 2,972.29 | 2,972.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 825.60 | 825.60 | 825.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 768.54 | 768.54 | 768.54 |
| Other - A-Val Architectural Metal Corp. | 2600-000 | N/A | 1,525.83 | 1,525.83 | 1,525.83 |
| Other - A-Val Architectural Metal Corp. | 2300-000 | N/A | 19.78 | 19.78 | 19.78 |
| Other - A-Val Architectural Metal Corp. | 2410-000 | N/A | 2,730.00 | 2,730.00 | 2,730.00 |
| Other - A-Val Architectural Metal Corp. | 2300-000 | N/A | 13.99 | 13.99 | 13.99 |
| Other - A-Val Architectural Metal Corp. | 2410-000 | N/A | 2,730.00 | 2,730.00 | 2,730.00 |
| Other - A-Val Architectural Metal Corp. | 2300-000 | N/A | 12.90 | 12.90 | 12.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 764.60 | 764.60 | 764.60 |
| Other - Globe Storage & Moving Co., Inc. | 2410-000 | N/A | 2,972.29 | 2,972.29 | 2,972.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 891.87 | 891.87 | 891.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 752.52 | 752.52 | 752.52 |
| Other - Globe Storage & Moving Co., Inc. | 2410-000 | N/A | 1,581.82 | 1,581.82 | 1,581.82 |
| Other - Globe Storage & Moving Co., Inc. | 2410-000 | N/A | 5,334.88 | 5,334.88 | 5,334.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $266,423.01 | $266,423.01 | $266,423.01 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | State of New York Dept. of Labor - UID | 5800-000 | N/A | 2,146.72 | 0.00 | 0.00 |
| 15P-2 | New York State Department of Taxation & Finance | 5800-000 | N/A | 57,311.41 | 0.00 | 0.00 |
| 15P-3 | New York State Department of Taxation & Finance | 5800-000 | N/A | 73,344.63 | 73,344.63 | 12,117.08 |
| 21P | Bd of Trustees of DC 9 Painting Ind. Ins. & Annuity | 5400-000 | N/A | 54,318.40 | 0.00 | 0.00 |
| 21P-2 | Bd of Trustees of DC 9 Painting Ind. Ins. & Annuity | 5400-000 | N/A | 73,417.78 | 73,417.78 | 73,417.78 |
| 27 | State of New York Dept. of Labor - UID | 5800-000 | N/A | 172,754.58 | 172,754.58 | 28,540.34 |
| 34P | Department of the Treasury | 5800-000 | N/A | 67,142.59 | 67,142.59 | 11,092.46 |
| 53 | Stuart Dean Co., Inc. | 5300-000 | N/A | 3,200.00 | 3,200.00 | 3,200.00 |
| 62P | New York State Dept. of Taxation & Finance | 5800-000 | N/A | 3,317.70 | 0.00 | 0.00 |
| 62P-2 | New York State Dept. of Taxation & Finance | 5800-000 | N/A | 6,458.30 | 6,458.30 | 1,066.96 |
| 75 | Department of the Treasury | 5800-000 | N/A | 13,974.13 | 13,974.13 | 2,308.63 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $527,386.24 | $410,292.01 | $131,743.25 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Kenseal Construction Products Corp. | 7100-000 | N/A | 25,796.54 | 25,796.54 | 0.00 |
| 2 | NYC District Council of Carpenters Pension Fund | 7100-000 | N/A | 601,658.00 | 601,658.00 | 0.00 |
| 3 | NYC District Council of Carpenters Benefit Funds | 7100-000 | N/A | 255,502.94 | 255,502.94 | 0.00 |
| 5 | Bronx Westchester Tempering, Inc. | 7100-000 | N/A | 217,899.60 | 217,899.60 | 0.00 |
| 6 | Moos Distributing, Inc., d/b/a SADEV USA | 7100-000 | N/A | 2,468.01 | 2,468.01 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | CRP Sanitation, Inc. | 7100-000 | N/A | 5,201.77 | 5,201.77 | 0.00 |
| 8 | AMG Architectural Glass and Glazing | 7100-000 | N/A | 2,392.00 | 2,392.00 | 0.00 |
| 9 | Kuritzky Glass Co., Inc. | 7100-000 | N/A | 14,300.00 | 14,300.00 | 0.00 |
| 10 | Georgette Lake | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 11 | Dorma USA Inc. | 7100-000 | N/A | 12,500.93 | 12,500.93 | 0.00 |
| 12 | AWISCO NEW YORK CORP. | 7100-000 | N/A | 5,281.50 | 5,281.50 | 0.00 |
| 13 | Canon Financial Services, Inc. | 7100-000 | N/A | 116,343.81 | 116,343.81 | 0.00 |
| 14 | New Penn Motor Express, Inc | 7100-000 | N/A | 3,228.39 | 3,228.39 | 0.00 |
| 15U-2 | New York State Department of Taxation & Finance | 7100-000 | N/A | 7,595.28 | 0.00 | 0.00 |
| 15U-3 | New York State Department of Taxation & Finance | 7100-000 | N/A | 7,595.28 | 7,595.28 | 0.00 |
| 16 | C.R. LAURENCE COMPANY | 7100-000 | N/A | 48,024.35 | 48,024.35 | 0.00 |
| 17 | Structural Fiberglass, Inc. | 7100-000 | N/A | 2,377.61 | 2,377.61 | 0.00 |
| 18 | Altus Metal & Marble Services, Inc. | 7100-000 | N/A | 38,840.00 | 38,840.00 | 0.00 |
| 19 | A&A Maintenance Enterprise, Inc. | 7100-000 | N/A | 3,892.35 | 3,892.35 | 0.00 |
| 20 | Iron Horse Transport, Inc. | 7100-000 | N/A | 4,800.00 | 0.00 | 0.00 |
| 21U | Bd of Trustees of DC 9 Painting Ind. Ins. & Annuity | 7100-000 | N/A | 24,542.79 | 0.00 | 0.00 |
| 21U-2 | Bd of Trustees of DC 9 Painting Ind. Ins. & Annuity | 7100-000 | N/A | 26,623.08 | 26,623.08 | 0.00 |
| 22 | AMADA AMERICA | 7100-000 | N/A | 14,820.76 | 14,820.76 | 0.00 |
| 23 | LEUNG CHI MACHINE FACTORY | 7100-000 | N/A | 5,700.00 | 5,700.00 | 0.00 |
| 24 | RICE ENGINEERING, INC. | 7100-000 | N/A | 2,030.00 | 2,030.00 | 0.00 |
| 25 | Structural Processing Corp. | 7100-000 | N/A | 11,207.89 | 11,207.89 | 0.00 |
| 26 | Canon Solutions America, Inc. | 7100-000 | N/A | 6,866.12 | 6,866.12 | 0.00 |
| 28 | Direct Energy Business Marketing, LLC, f/k/a Hess | 7100-000 | N/A | 17,887.96 | 17,887.96 | 0.00 |
| 29 | RUNWAYTIRE SERVICE INC | 7100-000 | N/A | 2,644.49 | 2,644.49 | 0.00 |
| 30 | Frank, Frank, Goldstein & Nager P.C. | 7100-000 | N/A | 4,725.00 | 4,725.00 | 0.00 |
| 31 | Structure Tone, Inc. | 7100-000 | N/A | 61,521.55 | 61,521.55 | 0.00 |
| 34U | Department of the Treasury | 7100-000 | N/A | 31,683.19 | 31,683.19 | 0.00 |
| 35 | Turner Construction Company | 7100-000 | N/A | 2,913,292.00 | 2,913,292.00 | 0.00 |
| 36 | The State Insurance Fund | 7100-000 | N/A | 180,792.40 | 180,792.40 | 0.00 |
| 37 | Day Pitney LLP | 7100-000 | N/A | 159,947.65 | 159,947.65 | 0.00 |
| 38 | Cauldwell Wingate Company LLC | 7100-000 | N/A | 880,286.00 | 0.00 | 0.00 |
| 39 | Colleran O'Hara & Mills LLP | 7100-000 | N/A | 367,970.63 | 367,970.63 | 0.00 |
| 40 | Golenbock Eiseman Assor Bell & Peskoe LLP | 7100-000 | N/A | 71,428.58 | 71,428.58 | 0.00 |
| 41 | TLC Alarms Ltd. | 7200-000 | N/A | 936.37 | 936.37 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | McGovern & Company LLC | 7100-000 | N/A | 586,964.00 | 586,964.00 | 0.00 |
| 43 | DAN VIDAS | 7200-000 | N/A | 250.00 | 250.00 | 0.00 |
| 44 | FedEx TechConnect, Inc. as Assignee of Federal Express | 7200-000 | N/A | 2,782.24 | 2,782.24 | 0.00 |
| 45 | APPLIED IMAGE INC. | 7200-000 | N/A | 46,067.00 | 46,067.00 | 0.00 |
| 46 | IUPAT Pension Fund | 7200-000 | N/A | 1,783,223.00 | 1,783,223.00 | 0.00 |
| 47 | Kenseal Construction Products Corp. | 7100-000 | N/A | 25,796.54 | 0.00 | 0.00 |
| 48 | New Penn Motor Express, Inc. | 7100-000 | N/A | 15,095.58 | 15,095.58 | 0.00 |
| 49 | Yarde Metals | 7100-000 | N/A | 68,522.00 | 68,522.00 | 0.00 |
| 50 | NYC District Council of Carpenters Pension Fund | 7100-000 | N/A | 601,658.00 | 0.00 | 0.00 |
| 51 | McNichols Company | 7100-000 | N/A | 4,204.19 | 4,204.19 | 0.00 |
| 52 | Coco Architectural Grilles | 7100-000 | N/A | 3,698.74 | 3,698.74 | 0.00 |
| 54 | Store Front Plus Corp. | 7100-000 | N/A | 33,119.79 | 33,119.79 | 0.00 |
| 55 | L.I. Locksmith & Alarm Co. Inc. | 7100-000 | N/A | 12,775.00 | 12,775.00 | 0.00 |
| 56 | Altus Metal & Marble Services, Inc. | 7100-000 | N/A | 38,840.00 | 0.00 | 0.00 |
| 57 | Hartline Products Co. | 7100-000 | N/A | 2,358.20 | 2,358.20 | 0.00 |
| 58 | Dundy Glass & Mirror Corp. | 7100-000 | N/A | 67,691.26 | 67,691.26 | 0.00 |
| 59 | MaMaster-Carr Supply Company | 7100-000 | N/A | 6,124.25 | 6,124.25 | 0.00 |
| 60 | Architectural Grille | 7100-000 | N/A | 5,841.14 | 5,841.14 | 0.00 |
| 61 | Bella Architectural Products & Mfg. Inc. | 7100-000 | N/A | 3,744.18 | 3,744.18 | 0.00 |
| 62U | New York State Dept. of Taxation & Finance | 7100-000 | N/A | 439.56 | 0.00 | 0.00 |
| 62U-2 | New York State Dept. of Taxation & Finance | 7100-000 | N/A | 439.56 | 439.56 | 0.00 |
| 63 | Sprint Corp. | 7100-000 | N/A | 19,892.07 | 19,892.07 | 0.00 |
| 64 | Iron Horse Transport, Inc. | 7100-000 | N/A | 4,800.00 | 0.00 | 0.00 |
| 65 | RICE ENGINEERING, INC. | 7100-000 | N/A | 2,030.00 | 0.00 | 0.00 |
| 66 | Henrik Hall, Inc. | 7100-000 | N/A | 4,118.25 | 4,118.25 | 0.00 |
| 67 | Oldcastle Building Envelope-Pennysburg | 7100-000 | N/A | 9,744.39 | 9,744.39 | 0.00 |
| 68 | Orange County Ironworks, LLC | 7100-000 | N/A | 18,843.41 | 18,843.41 | 0.00 |
| 69 | Fastenal Company | 7100-000 | N/A | 382.99 | 382.99 | 0.00 |
| 70 | Wrisco Industries, Inc. | 7100-000 | N/A | 11,867.88 | 11,867.88 | 0.00 |
| 71 | Consolidated Edison Company of NY, Inc. | 7100-000 | N/A | 25,435.08 | 25,435.08 | 0.00 |
| 73 | DeLage Landen Financial Services | 7100-000 | N/A | 28,358.11 | 28,358.11 | 0.00 |
| 76 | Thornton Tomasetti, Inc. | 7100-000 | N/A | 5,220.00 | 5,220.00 | 0.00 |
| 77 | Cauldwell Wingate Company LLC | 7100-000 | N/A | 880,286.00 | 0.00 | 0.00 |
| 78 | Colleran O'Hara & Mills LLP | 7100-000 | N/A | 367,970.63 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 79 | Golenbock Eiseman Assor Bell & Peskoe LLP | 7100-000 | N/A | 71,428.58 | 0.00 | 0.00 |
| 80 | APPLIED IMAGE INC. | 7200-000 | N/A | 46,067.00 | 0.00 | 0.00 |
| 81 | Lake Murray Steel Inspection, Inc. | 7100-000 | N/A | 4,231.00 | 4,231.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $10,970,914.44 | $8,014,374.06 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-22654-RDD  
**Case Name:** A-VAL ARCHITECTURAL METAL III LLC  

**Trustee:** (520750) MARK S. TULIS  
**Filed (f) or Converted (c):** 05/07/15 (f)  
**§341(a) Meeting Date:** 06/04/15  

**Period Ending:** 08/30/18  

**Claims Bar Date:** 09/11/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Petty cash and checks on hand | 30,861.55 | 30,861.55 | | 30,861.55 | FA |
| 2 | Accounts receivable (book value) | 5,405,918.24 | 5,405,918.24 | | 1,462,424.62 | FA |
| 3 | Laptops and CPUs | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Client plans and drawings | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Refund of insurance policies (u) | 100,717.34 | 100,717.34 | | 108,502.34 | FA |
| 6 | A-Val Architectural Metal Corp. checks on hand | 38,664.82 | 38,664.82 | | 38,664.82 | FA |
| 7 | A-Val Architectural Metal Corp. Capital One Checking account | 0.00 | 0.00 | | 0.00 | FA |
| 7 | **Assets Totals** (Excluding unknown values) | **$5,576,161.95** | **$5,576,161.95** | | **$1,640,453.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/15/18: Email TFR to UST

3/12/18: Revisions to TFR

3/9/18: Prepare TFR

1/25/18: We are working on resolving certain administrative claims.

1/26/17: Counsel to the trustee is still collecting receivables.

2/2/16: This case is associated with A-Val Architectural Metal Corp, Case No. 15-22655. The sole asset in both cases is funds from the debtors bank accounts. In late 2015, we entered into a "carve out" stipulation which was "so ordered" by the court. Counsel to the trustee is in the process of collecting receivables. We expect the process to take a minium of 18 - 24 months.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2019        **Current Projected Date Of Final Report (TFR):**   March 9, 2018  (Actual)

Printed: 08/30/2018 10:17 AM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-22654-RDD  
**Case Name:** A-VAL ARCHITECTURAL METAL III LLC  
**Taxpayer ID #:** **-***6840  
**Period Ending:** 08/30/18  

**Trustee:** MARK S. TULIS (520750)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9466 - Checking Account  
**Blanket Bond:** $77,473,905.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/20/15 | {1} | Ronald J. Zeiger | | 1129-000 | 100.00 | | 100.00 |
| 05/20/15 | {1} | First Insurance Funding | | 1129-000 | 5,251.95 | | 5,351.95 |
| 05/20/15 | {1} | Skanska USA Building Inc. | | 1129-000 | 9,849.60 | | 15,201.55 |
| 05/20/15 | {1} | Nelco | | 1129-000 | 15,660.00 | | 30,861.55 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.83 | 30,849.72 |
| 06/19/15 | 101 | MARK S. TULIS, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2015 FOR CASE #15-22654 | 2300-000 | | 15.78 | 30,833.94 |
| 06/26/15 | {5} | Marsh & McLennan Agency LLC | Payment | 1290-000 | 100,717.34 | | 131,551.28 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.15 | 131,499.13 |
| 07/20/15 | 102 | Globe Storage & Moving Co., Inc. | Payment of storage fees through 10/16/15 | 2410-000 | | 2,730.00 | 128,769.13 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.39 | 128,574.74 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.77 | 128,395.97 |
| 09/03/15 | 103 | Globe Storage & Moving Co., Inc. | Payment of warehouse labor, inventory and new storage fees | 2410-000 | | 248.24 | 128,147.73 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.77 | 127,950.96 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 184.03 | 127,766.93 |
| 11/03/15 | {2} | Marsh & McLennan Agency LLC | Accounts receivable | 1121-000 | 1,688.45 | | 129,455.38 |
| 11/19/15 | 104 | Globe Storage & Moving Co., Inc. | Payment of storage fees from 10/17/15 to 1/16/16 | 2410-000 | | 2,730.00 | 126,725.38 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.06 | 126,546.32 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.23 | 126,346.09 |
| 01/27/16 | 105 | Globe Storage & Moving Co., Inc. | Warehouse labor and delivery of 30 cartons to Wantagh, NY | 2410-000 | | 429.24 | 125,916.85 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.20 | 125,741.65 |
| 02/19/16 | {5} | USI Insurance Services LLC | Refund of insurance premium | 1290-000 | 7,785.00 | | 133,526.65 |
| 02/25/16 | {2} | Turner Construction Company | ACCOUNTS RECEIVABLE | 1121-000 | 8,900.00 | | 142,426.65 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 176.70 | 142,249.95 |
| 03/04/16 | {2} | James E. Fitzgerald Inc. | ACCOUNTS RECEIVABLE | 1121-000 | 980.00 | | 143,229.95 |
| 03/04/16 | {2} | Jack Resnick & Sons Inc. | ACCOUNTS RECEIVABLE | 1121-000 | 2,332.40 | | 145,562.35 |
| 03/17/16 | {2} | Benchmark Builders, Inc. | ACCOUNTS RECEIVABLE | 1121-000 | 85,622.09 | | 231,184.44 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 281.49 | 230,902.95 |
| 04/20/16 | {2} | Americon | Accounts receivable | 1121-000 | 21,300.00 | | 252,202.95 |
| 04/28/16 | {2} | Turner Construction Company | Accounts receivable | 1121-000 | 11,980.00 | | 264,182.95 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 328.31 | 263,854.64 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 364.14 | 263,490.50 |
| 06/03/16 | {2} | CDS Mestel Construction Corp. | Settlement of trustee's claim to outstanding | 1121-000 | 11,370.27 | | 274,860.77 |

Subtotals :    $283,537.10    $8,676.33

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-22654-RDD  
**Case Name:** A-VAL ARCHITECTURAL METAL III LLC  

**Taxpayer ID #:** **-***6840  
**Period Ending:** 08/30/18  

**Trustee:** MARK S. TULIS (520750)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9466 - Checking Account  
**Blanket Bond:** $77,473,905.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | accounts receivable. | | | | |
| 06/08/16 | {2} | Henegan Construction Co., Inc. | Acccounts receivable | 1121-000 | 260,583.65 | | 535,444.42 |
| 06/29/16 | 106 | MARK S. TULIS, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2016 FOR CASE #15-22654 | 2300-000 | | 212.56 | 535,231.86 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 678.04 | 534,553.82 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 741.22 | 533,812.60 |
| 08/01/16 | 107 | Globe Storage & Moving Co., Inc. | Payment of storage fees from 4/17/16 to 7/16/16 | 2410-000 | | 2,730.00 | 531,082.60 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 838.75 | 530,243.85 |
| 09/12/16 | {2} | 500 Eighth Avenue LLC | ACCOUNTS RECEIVABLE | 1121-000 | 2,568.00 | | 532,811.85 |
| 09/14/16 | 108 | US Speciality Insurance Company | Payment to secured creditor pursuant to stipulation and order 12/14/15 | 4210-000 | | 200,000.00 | 332,811.85 |
| 09/29/16 | {2} | Hearst Communications, Inc. | Settlement of trustee's claim pursuant to stipulation and order | 1121-000 | 201,723.61 | | 534,535.46 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 676.61 | 533,858.85 |
| 10/20/16 | 109 | Globe Storage & Moving Co., Inc. | Payment of storage fees from 10/17/16 to 1/16/17 | 2410-000 | | 2,972.29 | 530,886.56 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 739.82 | 530,146.74 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 811.22 | 529,335.52 |
| 12/05/16 | 110 | US Specialty Insurance Company | Payment to secured creditor pursuant to stipulation and order 12/14/15 | 4210-000 | | 100,000.00 | 429,335.52 |
| 12/27/16 | {2} | Tishman Construction Corp. of NY | Settlement of trustee's claim pursuant to stipulation and order | 1121-000 | 55,047.50 | | 484,383.02 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 664.14 | 483,718.88 |
| 01/18/17 | 111 | Globe Storage & Moving Co., Inc. | Payment of storage fees from 1/17/17 - 4/16/17 | 2410-000 | | 2,972.29 | 480,746.59 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 741.01 | 480,005.58 |
| 02/07/17 | {2} | Hunter Roberts Construction Group | Accounts receivable | 1121-000 | 515,966.33 | | 995,971.91 |
| 02/15/17 | {2} | Skanska USA Building Inc. | Accounts receivable | 1121-000 | 43,964.93 | | 1,039,936.84 |
| 02/15/17 | {2} | Skanska USA Building Inc. | Accounts receivable | 1121-000 | 238,397.39 | | 1,278,334.23 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,301.60 | 1,277,032.63 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,898.05 | 1,275,134.58 |
| 04/12/17 | 112 | U.S. Specialty Insurance Company | Payment to secured creditor pursuant to stipulation and order 12/14/15 | 4210-000 | | 650,000.00 | 625,134.58 |
| 04/24/17 | 113 | Globe Storage & Moving Co., Inc. | Payment of storage fees from 4/17/17 - 7/16/17 | 2410-000 | | 2,972.29 | 622,162.29 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,493.67 | 620,668.62 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 982.44 | 619,686.18 |

Subtotals :  $1,318,251.41   $973,426.00

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 15-22654-RDD
**Case Name:** A-VAL ARCHITECTURAL METAL III LLC

**Taxpayer ID #:** **-***6840
**Period Ending:** 08/30/18

**Trustee:** MARK S. TULIS (520750)
**Bank Name:** Rabobank, N.A.
**Account:** ******9466 - Checking Account
**Blanket Bond:** $77,473,905.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/17 | 114 | MARK S. TULIS, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2017 FOR CASE #15-22654 | 2300-000 | | 250.37 | 619,435.81 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 891.31 | 618,544.50 |
| 07/24/17 | 115 | U.S. Specialty Insurance Company | Payment to secured creditor pursuant to stipulation and order 12/14/15 | 4210-000 | | 75,000.00 | 543,544.50 |
| 07/25/17 | 116 | Globe Storage & Moving Co., Inc. | Payment of storage fees from 7/17/17 - 10/16/17 | 2410-000 | | 2,972.29 | 540,572.21 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 852.69 | 539,719.52 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 854.01 | 538,865.51 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 749.24 | 538,116.27 |
| 10/24/17 | 117 | Globe Storage & Moving Co., Inc. | Payment of storage fees from 10/17/17 - 1/16/18 | 2410-000 | | 2,972.29 | 535,143.98 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 825.60 | 534,318.38 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 768.54 | 533,549.84 |
| 12/13/17 | | A-Val Architectural Metal Corp. | Turnover of funds from secondary case to lead case pursuant to substantively consolidated order 8/14/17 | | 31,632.32 | | 565,182.16 |
| | {6} | | Checks received from Merrill Lynch & NYC Dept. of Finance    38,664.82 | 1129-000 | | | 565,182.16 |
| | | | Service fees for Case No. 15-22655 5/29/15-11/30/17    -1,525.83 | 2600-000 | | | 565,182.16 |
| | | | 2015 trustee bond payment    -19.78 | 2300-000 | | | 565,182.16 |
| | | | Storage fees for 1/17/16-4/16/16    -2,730.00 | 2410-000 | | | 565,182.16 |
| | | | 2016 trustee bond payment    -13.99 | 2300-000 | | | 565,182.16 |
| | | | Storage fees for 7/17/16-10/16/16    -2,730.00 | 2410-000 | | | 565,182.16 |
| | | | 2017 trustee bond payment    -12.90 | 2300-000 | | | 565,182.16 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 764.60 | 564,417.56 |
| 01/18/18 | 118 | Globe Storage & Moving Co., Inc. | Payment of storage fees from 1/17/17 - 4/16/18 | 2410-000 | | 2,972.29 | 561,445.27 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 891.87 | 560,553.40 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 752.52 | 559,800.88 |

Subtotals :    $31,632.32    $91,517.62

{} Asset reference(s)

Printed: 08/30/2018 10:17 AM    V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 15-22654-RDD | Trustee: | MARK S. TULIS (520750) |
|---|---|---|---|
| Case Name: | A-VAL ARCHITECTURAL METAL III LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******9466 - Checking Account |
| Taxpayer ID #: | **-***6840 | Blanket Bond: | $77,473,905.00 (per case limit) |
| Period Ending: | 08/30/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/18/18 | 119 | Globe Storage & Moving Co., Inc. | Payment of storage fees from 4/17/18 - 5/31/18 | 2410-000 | | 1,581.82 | 558,219.06 |
| 05/18/18 | 120 | Globe Storage & Moving Co., Inc. | Payment for destruction of files in storage | 2410-000 | | 5,334.88 | 552,884.18 |
| 06/05/18 | 121 | U.S. Specialty Insurance Company | Dividend paid 100.00% on $1,242,287.07; Claim# 32 -3; Filed: $780,498.41; Reference: | 4210-000 | | 217,287.07 | 335,597.11 |
| 06/05/18 | 122 | MARK S. TULIS, P.C. | Dividend paid 100.00% on $72,463.60, Trustee Compensation; Reference: | 2100-000 | | 72,463.60 | 263,133.51 |
| 06/05/18 | 123 | MARK S. TULIS, P.C. | Dividend paid 100.00% on $991.04, Trustee Expenses; Reference: | 2200-000 | | 991.04 | 262,142.47 |
| 06/05/18 | 124 | Lamonica Herbst & Maniscalco LLP | Dividend paid 100.00% on $89,645.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 89,645.50 | 172,496.97 |
| 06/05/18 | 125 | Lamonica Herbst & Maniscalco LLP | Dividend paid 100.00% on $11,253.72, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 11,253.72 | 161,243.25 |
| 06/05/18 | 126 | CohnReznick LLP | Dividend paid 100.00% on $29,500.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 29,500.00 | 131,743.25 |
| 06/05/18 | 127 | Stuart Dean Co., Inc. | Dividend paid 100.00% on $3,200.00; Claim# 53; Filed: $3,200.00; Reference: AVAL | 5300-000 | | 3,200.00 | 128,543.25 |
| 06/05/18 | 128 | Bd of Trustees of DC 9 Painting Ind. Ins. & Annuity Funds | Dividend paid 100.00% on $73,417.78; Claim# 21P-2; Filed: $73,417.78; Reference: | 5400-000 | | 73,417.78 | 55,125.47 |
| 06/05/18 | 129 | New York State Department of Taxation & Finance | Dividend paid 16.52% on $73,344.63; Claim# 15P-3; Filed: $73,344.63; Reference: B-14-9406840-2 | 5800-000 | | 12,117.08 | 43,008.39 |
| 06/05/18 | 130 | State of New York Dept. of Labor - UID | Dividend paid 16.52% on $172,754.58; Claim# 27; Filed: $172,754.58; Reference: 48-03428 5 | 5800-000 | | 28,540.34 | 14,468.05 |
| 06/05/18 | 131 | Department of the Treasury | Dividend paid 16.52% on $67,142.59; Claim# 34P; Filed: $67,142.59; Reference: XX-XXX2126 | 5800-000 | | 11,092.46 | 3,375.59 |
| 06/05/18 | 132 | New York State Dept. of Taxation & Finance | Dividend paid 16.52% on $6,458.30; Claim# 62P-2; Filed: $6,458.30; Reference: B-11-2689240-8 | 5800-000 | | 1,066.96 | 2,308.63 |
| 06/05/18 | 133 | Department of the Treasury | Dividend paid 16.52% on $13,974.13; Claim# 75; Filed: $13,974.13; Reference: XX-XXX9240 | 5800-000 | | 2,308.63 | 0.00 |

Subtotals : $0.00  $559,800.88

{} Asset reference(s)  Printed: 08/30/2018 10:17 AM  V.13.30

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 15-22654-RDD  
**Case Name:** A-VAL ARCHITECTURAL METAL III LLC

**Taxpayer ID #:** **-***6840  
**Period Ending:** 08/30/18

**Trustee:** MARK S. TULIS (520750)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9466 - Checking Account  
**Blanket Bond:** $77,473,905.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 1,633,420.83 | 1,633,420.83 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,633,420.83 | 1,633,420.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $1,633,420.83 | $1,633,420.83 | |

Net Receipts : 1,633,420.83  
Plus Gross Adjustments : 7,032.50  
Net Estate : $1,640,453.33

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9466** | 1,633,420.83 | 1,633,420.83 | 0.00 |
| | $1,633,420.83 | $1,633,420.83 | $0.00 |

{} Asset reference(s)    Printed: 08/30/2018 10:17 AM    V.13.30